# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## 333 CONSTITUTION AVENUE, NW

## WASHINGTON, DC 20001

## (202)354-3000


**MICHAEL HANNA**

**14702 JARNIGAN STREET,**

**CENTREVILLE, V.A. 20120**

**703-400-4530**

**VS.**

**AGENCY CASE # HS-CBP-000674-2014**

**EEOC CASE NO. 570-2015-00589X**

Case: 1:17-cv-01237
Assigned To : Chutkan, Tanya S.
Assign. Date : 6/23/2017
Description: Pro Se Gen. Civ. **(F-DECK)**


**-JOHN F. KELLY, SECRETARY,**

**U.S. DEPARTMENT OF HOMELAND SECUIRTY**

**(CUSTOMS AND BORDER PROTECTION AGENCY)**


**-THE U.S. ATTORNEY GENERAL**

**950 PENNSYLVANIA AV. N.W.**

**WASHINGTON, D.C. 20530**


**-THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA**

**555 FOURTH STREET, N.W.**

**WASHINGTON D.C. 20530**

# COMPLAINT

I started working for the Federal government on 11/11/2007 in Florida as a security officer with the Transportation Security Administration, Department of Homeland Security. On October of 2010, I transferred to Dulles Airport (IAD) holding the same position as a security officer to be nearby family in Virginia. At the new work place, I was not treated wrong and I ended up leaving that work place filing an EEO complaint on which I provided dates and times of incidents and requested some video surveillance to be viewed. After years of wait and suffering from a very hostile work place at Dulles airport, my EEO Complaint was simply dismissed as if nothing occurred.

I applied for this job offer with the Customs and Border Protection Agency as a United States Customs and Border Protection Police Officer and I thought it is a career that I would really like to start out in order to protect and serve our nation, which I am passionate about.

I paid for a ticket flying to Florida, a car rental and hotels in order to take the first part of the process; a 3-hour test requirement for this job offer. I passed the first test.

Then I went for an interview by 2 CBP officers, I passed.

Then I went for physical fit testing and medical. And I passed.

After I passed all tests, I went to take the polygraph test interview on Sept 27. 2013. The interviewer asked me some questions that were more related to my past IAD Dulles airport workplace horrific experience and my past EEO complaint and that may not be related much to a Customs and Border protection Officer. The interviewer, during the polygraph interview, started out o.k. asking normal questions related to security as the polygraph was being conducted. Then about half way through the polygraph interview, the interviewer Mr. Jonathan Dailey changed his tone of voice and attitude (which made me extremely nervous as I already was nervous because I'm taking an interview test and because I normally have test anxiety and because the interviewer asked me questions that I thought are very closely related to my past EEO activity and my past negative workplace experience.) It all brought back a painful work

experience after I sincerely served the government and my agency as well and diligently worked hard to serve the organization. I transferred my very first government job in Florida with a good record and with 7 letters of recommendation from that first work place. After I transferred my job to Dulles airport and there was treated wrong, I ended up quitting my job and lost everything plus the shame that I was put in around my family and church friends; I'm now an Uber driver.

I was very straight forward on all my answers. I was honest about all my answers and transparent. I am originally from Egypt. And, I mentioned that I have dual citizenship which is nothing wrong to apply for the job. I mentioned I traveled to Egypt and that I have a bank account there, which there is nothing wrong there. I've older parents who travel back and forth and I visited dad after quitting my past work place as dad was diagnosed with diabetes and got really sick at that time until they found out he was diabetic and started receiving the treatment.

All the work for the government and the school years that I'd done academically as a biologist have been forgotten as I was getting busy trying to deal with what I went through after transferring my job and applying for this new job and going through this interview polygraph then filing another complaint for this job offer that was declined too.

The interviewer, after changing his attitude and asked me questions like –Do you make derogatory comments to your supervisors? Do you accuse your coworkers of things they did not do? Do you have ego issues? Do you have mental fatigue, made me so nervous and brought back some very bad work experience plus I failed the test and he accused me of lying, but, I never lied about anything.

Even worse what occurred later, I was then denied a second job-as an Agriculture Specialist-that I applied for during that time. I was denied it simply because I failed that polygraph interview itself.

I lost this job too and I quit the past job based on a hostile treatment and for getting singled out.

I'm not sure why they did all that against me and I had a very good record from the first work place with the government and even the new workplace, most employees were my friends until probably one manager ruined my reputation and my job there!

I'm asking for the Federal Court to please review my case.

I'm of a Coptic Christian ethnicity. I've moved to the U.S. over 20 years ago. I studied science and then I worked for the Department of Homeland Security for almost 5 years of which 3 were

good in Florida. After I transferred my job to Dulles airport, I went through a lot and I was accused falsely of things I'd never done and was treated wrong until I quit my job.

I'm not sure either why I'm not being hired by a single employer or organization anywhere! This job interview was an example to prove I am having difficulty finding jobs and how I'm being treated. I've not done nothing wrong neither did I treat anyone wrong.

My request is for the United States Federal Court to help me get this job. I've a degree in science-Biology and I can speak Arabic fluently (but, this might actually be a reason why I'm begin treated differently and wrongfully and which ends up making me get nervous.)

I need my right to work and not just work but work in a safe and welcoming work environment free of harassment and hostility. I'm passionate about becoming a Customs and Border Protection Police officer. I've not done anything wrong to deserve this treatment. It's been almost 5 years since I quit my Federal Job and not a single employer hired me except for driving for UBER plus the painful work experience that I went through at that last work place it literally destroyed my life.

Only God knows how hard I worked and why they did that to me. Whether they did it on purpose or not or whether or not the interviewer asks these types of questions normally, my whole life has been affected negatively because of that whole experience. I need assistance.

*I would like the court to please help me retest the polygraph or simply get the job because I've not done anything wrong neither I lied about anything on the polygraph to fail in the first place.

*I would like a back pay, because I was treated wrong and was made nervous to fail this polygraph test and was not hired by no one else and for wasting years of my life studying science and paying tuition then no one hires me and for trying to get rid of me applying for this job.


Thank you for your attention

Sincerely,

Michael Hanna

June. 22. 2017 Thur.

**(DO NOT WRITE ON SAMPLE FORM)**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing [Insert Title of Document here] was served by first-class mail, postage prepaid, on the **23** day of **June**, 20**17**, upon:

[List Defendants and Addresses here]

m. henne

(Signature)

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Washington, DC 20528



|  |  |
| --- | --- |
| Michael Hanna, | ) |
|  | ) |
| *Complainant* | ) |
|  | ) |
| v. | ) Agency Case No. HS-CBP-00674-2014 |
|  | ) EEOC Case No. 570-2015-00589X |
| John F. Kelly, Secretary, | ) |
| U.S. Department of Homeland Security, | ) |
|  | ) |
| *Agency* | ) |

## FINAL ORDER

Pursuant to 29 C.F.R § 1614.110(a), the U.S. Department of Homeland Security (the Department), Office for Civil Rights and Civil Liberties (CRCL) hereby takes final action on the above-captioned complaint by issuing a Final Order.[1] Based upon a review of the entire evidentiary record, CRCL fully implements the Equal Employment Opportunity Commission (EEOC) Administrative Judge's (AJ) decision finding no discrimination, as the final action in this matter. Pursuant to 29 C.F.R. § 1614.110(a), a notice is attached to this Decision informing Complainant of the right to appeal to the EEOC or to file a civil action in Federal District Court. Also, a copy of EEOC Form 573 is attached for Complainant's submission to the EEOC's Office of Federal Operations, should he decide to file an appeal.

### PROCEDURAL HISTORY

1. On February 27, 2014, Complainant initiated contact with an Equal Employment Opportunity (EEO) Counselor.

2. On March 20, 2014, U.S. Customs and Border Protection (CBP) notified Complainant of the conclusion of EEO counseling and his right to file a formal complaint.

---

[1] Pursuant to the Homeland Security Act of 2002, *as amended*, 6 U.S.C. § 345, the Officer for Civil Rights and Civil Liberties (CRCL) shall ensure that the protection of civil rights and civil liberties is appropriately incorporated into Departmental programs and activities. On October 26, 2012, the Secretary for the Department issued Delegation Number 19003, which delegated to CRCL the authority to render final decisions on behalf of the Secretary in EEO complaints, pursuant to 29 C.F.R. § 1614.110, or administratively, when that regulation is not applicable.

3. On April 2, 2014, Complainant filed the formal complaint at issue.

4. On February 5, 2015, TSA forwarded Complainant a copy of the Investigative File, providing him with notice of his right to request a hearing before an EEOC Administrative Judge (AJ) or, alternatively, to receive a Final Agency Decision (FAD).

5. On March 3, 2015, Complainant filed a request for a hearing before an EEOC AJ.

6. On February 13, 2017, an AJ from the EEOC's Memphis District Office heard testimony on the complaint.

7. On February 15, 2017, the AJ issued an Order Entering Judgment in favor of the Agency and concluding Complainant failed to prove he was discriminated against as alleged.

8. On February 24, 2017, 2015, CRCL received the AJ's decision.

## CLAIM AT ISSUE

Whether CBP discriminated against Complainant based on national origin (Egyptian), religion (Coptic Christian), and reprisal (prior EEO activity) when, on January 13, 2014, his tentative offer of employment for the position of CBP Officer, GS-1895-05/07, was rescinded for failure to pass a required polygraph examination.

## ANALYSIS

Having reviewed the entire evidentiary record, this Office finds that the AJ's factual determinations are supported by substantial evidence in the record. *See* 29 C.F.R. § 1614.405(a); *see also, e.g., Complainant v. U.S. Postal Serv.*, EEOC Appeal No. 0120093461 (May 16, 2014), *citing Universal Camera Corp. v. National Labor Relations Board*, 340 U.S. 474, 477 (1951) (defining "substantial evidence" as "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion"). This Office also finds that the AJ correctly applied the relevant legal standards, determining that Complainant failed to show that he was subjected to unlawful discrimination.

# NOTICE OF APPEAL/PETITION - COMPLAINANT

## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

**Complainant Information: (Please Print or Type)**

| Complainant's name (Last, First, M.I.): | Hanna , Michael , M.V. |
|---|---|
| Home/mailing address: | 14702 Jarnigan Street |
| City, State, ZIP Code: | Centreville V.A. 20120 |
| Daytime Telephone # (with area code): | (703) 400-4530 |
| E-mail address (if any): | michaelhanna20@hotmail.com |

**Attorney/Representative Information (if any):**

| Attorney name: | |
|---|---|
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| Name of the agency being charged with discrimination: | Customs and Border Protection , DHS |
|---|---|
| Identify the Agency's complaint number: | HS - CBP - 00674 - 2014 |
| Location of the duty station or local facility in which the complaint arose: | 90 K st. N.E. Washington D.C. |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ✓ Yes; Date Received _____ (Remember to attach a copy) <br> ___ No <br> ___ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the Commission, <u>another</u> agency, or through any <u>other</u> administrative or collective bargaining procedures? | ___ No <br> ✓ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ✓ No <br> ___ Yes (**Attach a copy of the civil action filed**) |

**NOTICE: Please attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the Commission Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the Commission **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the Commission at the address above.

Please specify any reasonable accommodations you will require to participate in the appeal process.

| Signature of complainant or complainant's representative: | m. hanna . |
|---|---|
| Date: | 6.22.17 |
| Method of Service on Agency: | |
| Date of Service: | |

EEOC Form 573 REV 2/09

# PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974. Public Law 93-597. Authority for requesting the personal data and the use thereof are given below.)

1. **FORM NUMBER/TITLE/DATE**: EEOC Form 573, Notice of Appeal/Petition, February 2009

2. **AUTHORITY**: 42 U.S.C. § 2000e-16

3. **PRINCIPAL PURPOSE**: The purpose of this questionnaire is to solicit information to enable the Commission to properly and efficiently adjudicate appeals filed by federal employees, former federal employees, and applicants for federal employment.

4. **ROUTINE USES**: Information provided on this form may be disclosed to: (a) appropriate federal, state, or local agencies when relevant to civil, criminal, or regulatory investigations or proceedings; (b) a Congressional office in response to an inquiry from that office at your request; and (c) a bar association or disciplinary board investigating complaints against attorneys representing parties before the Commission. Decisions of the Commission are final administrative decisions, and, as such, are available to the public under the provisions of the Freedom of Information Act. Some information may also be used in depersonalized form as a database for statistical purposes.

5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION**: Since your appeal is a voluntary action, you are not required to provide any personal information in connection with it. However, failure to supply the Commission with the requested information could hinder timely processing of your case, or even result in the rejection or dismissal of your appeal.

You may send your appeal to:

**The Equal Employment Opportunity Commission**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, D.C. 20013**

**Fax it to (202) 663-7022 or submit it through the Commission's electronic submission portal.**

# CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing on the date indicated below if sent via email or within five (5) calendar days after the date indicated below if sent by regular or certified mail. I certify that the foregoing final action, appeal rights, and appeal form were provided to the following:

Michael M. Hanna
14702 Jarnigan Street
Centreville, VA 20120
*(Via certified mail; (7015 2140 0000 4124 6376)return receipt request*

James Attanasio, Esq.
U.S. Customs and Border Protection
1300 Pennsylvania Ave, NW, Room 4.4B
Washington, DC 20229
*(Via Email)*

Deana P. Windham
Administrative Judge
EEOC – Memphis District Office
1407 Union Avenue, Suite 901
Memphis, TN 38 104
*(Via First Class mail)*

Executive Director, Privacy and Diversity Office
U.S. Customs and Border Protection
Ronald Reagan Building, Room 3.3D
1300 Pennsylvania Avenue, NW
Washington, DC 20229
*(Uploaded and Notified Via Email)*

_____          _____March 23, 2017_____
CRCL EEO Specialist                                              Date

**CONCLUSION**

Based upon the full evidentiary record, CRCL fully implements the AJ's decision. Since Complainant is not the prevailing party, he is not entitled to payment of attorney's fees, costs, or compensatory damages, and no corrective action is required.


_____    _____March 22, 2017_____
For Veronica Venture    Date
Deputy Officer, Office for Civil Rights and Civil Liberties
Director for EEO & Diversity Programs
Department of Homeland Security

ELA

# NOTICE OF APPEAL RIGHTS

You have the right to appeal to the Equal Employment Opportunity Commission (EEOC) or to file a civil action in an appropriate United States District Court.

All time periods are given in calendar days. If a time period expires on a Saturday, Sunday or Federal holiday, you may file on the next business day. If an attorney represents you, the time periods begin to run from the date that your attorney receives this decision.

## FILING AN APPEAL WITH EEOC

You have the right to appeal this decision to EEOC within 30 days of the day you receive this final decision. You have the right to submit an optional brief or statement within 30 days of the date you file the appeal. File your appeal, and any subsequent supporting statement or brief, by mail addressed to:

**U.S. Equal Employment Opportunity Commission**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Or by personal delivery to:

**U.S. Equal Employment Opportunity Commission**
**Office of Federal Operations**
**131 M Street, NE**
**Suite 5SW12G**
**Washington, DC 20507**

Or by facsimile to (202) 663-7022.

At the same time you file an appeal and any subsequent supporting statement or brief with EEOC, you must also send a copy of your appeal or brief to:

**Associate Chief Counsel (Administration)**
**Office of the Chief Counsel**
**U.S. Customs and Border Protection**
**Ronald Reagan Building, Room 4.4B**
**1300 Pennsylvania Avenue, NW**
**Washington, DC 20229**

And to:

**Executive Director, Privacy and Diversity Office**
**U.S. Customs and Border Protection**
**Ronald Reagan Building, Room 3.3D**

**1300 Pennsylvania Avenue, NW**
**Washington, DC 20229**
And to:

**U.S. Department of Homeland Security**
**Office for Civil Rights and Civil Liberties / MS0191**
**245 Murray Lane, SW**
**Washington, DC 20528-0191**

In your appeal to EEOC, you must state the date and method (for example, by certified mail or hand delivery) by which a copy of the appeal was sent to the Executive Director, Privacy and Diversity Office, U.S. Customs and Border Protection. You should use the attached EEOC Form 573, Notice of Appeal/Petition, to file your appeal. The form may also be found at www.eeoc.gov/federal/directives/md-110_appendix_p.cfm. EEOC will dismiss your appeal if you do not file it within the time limits.

**FILING A CIVIL ACTION**

You also have the right to file a civil action in an appropriate United States District Court within 90 days after you receive this final decision if you do not appeal to EEOC, or within 90 days after receipt of the EEOC's final decision on appeal. You may also file a civil action after 180 days from the date of filing an appeal with EEOC if there has been no final decision by EEOC.

If your claim is based on age discrimination, you should seek the advice of an attorney if you wish to file a civil action after expiration of the time limits noted above. The courts disagree about when a civil action must be filed and may permit an age discrimination complaint to be filed two years or more from the date of the alleged discrimination.

You must also comply with the following instructions:

(1) You must name John F. Kelly, Secretary, Department of Homeland Security, as the defendant. Failure to provide his name and official title may result in dismissal of your case.

(2) If you decide to file a civil action and if you do not have, or cannot afford, the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend the time in which to file a civil action. Both the request and the civil action must be filed within 90 days of the date you receive the agency or EEOC final decision.